UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

       - v. -                      :

DARYL SIMON,                        :

           Defendant.           :

- - - - - - - - - - - - - - - - - - x

INDICTMENT

08 CRIM. 0260

ORIGINAL

*FILED U.S. DISTRICT COURT, MAR 25 2008, S.D. OF N.Y., W.P.*

COUNT ONE

The Grand Jury charges:

1. On or about January 3, 2008, and January 17, 2008, in the Southern District of New York and elsewhere, DARYL SIMON, the defendant, having been released on bail in connection with a charge punishable by imprisonment of twenty years or less, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, SIMON failed to appear before United States District Judge Charles L. Brient for a scheduled sentencing in the matter of United States v. Daryl Simon, 07 Cr. 474.

(Title 18, United States Code, Sections 3146(a)(1) and
(b)(1)(A)(i).)

_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney